UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:20-cv-23290-CMA

JOSE M. DIAZ

    Plaintiff,

v.

NM1, LLC
d/b/a PALMETTO57 NISSAN, and
FRANCISCO FERNANDEZ, individually

    Defendants,
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, JOSE M. DIAZ, ("Plaintiff") and Defendants, NM1, LLC, d/b/a PALMETTO57 NISSAN, and FRANCISCO FERNANDEZ ("Defendants"), by and through their Undersigned Counsel, hereby stipulate to the dismissal of the action with prejudice, the parties to bear their own attorney's fees, and costs, except as otherwise set forth in the parties' Confidential Settlement Agreement.

Dated: December 18, 2020,

Respectfully submitted,

| | |
|---|---|
| **ZANDRO E. PALMA, P.A.** | **COLE, SCOTT & KISSANE, P.A.** |
| *Counsel for Plaintiff* | Cole, Scott & Kissane Building |
| 9100 S. Dadeland Blvd., Ste 1500 | 9150 South Dadeland Boulevard, Suite 1400 |
| Miami, FL 33156 | P.O. Box 569015 |
| | Miami, Florida 33256 |
| By: */s/Zandro E. Palma* | Telephone (786) 268-6415 |
|    Zandro E. Palma, Esq. | Facsimile (305) 373-2294 |
|    Fla. Bar No. 0024031 | Primary e-mail: cody.german@csklegal.com |
|    Telephone (305) 446-1500 | |

|  |  |
|---|---|
| Facsimile (561) 446-1502<br>Email: zep@thepalmalawgroup.com | Secondary e-mail:<br>andrew.simon@csklegal.com<br><br>By: *s/ Andrew G. Simon*<br>JOHN CODY GERMAN<br>Florida Bar No.: 58654<br>ANDREW G. SIMON<br>Florida Bar No.: 1002623 |

SERVICE LIST
CASE NO.: 1:20-cv-23290-CMA

**COLE, SCOTT & KISSANE, P.A.**
Cole, Scott & Kissane Building
9150 South Dadeland Boulevard, Suite 1400
P.O. Box 569015
Miami, Florida 33256
Telephone (786) 268-6415
Facsimile (305) 373-2294
Primary e-mail: cody.german@csklegal.com
Secondary e-mail: andrew.simon@csklegal.com
*Counsel for Defendant*

Zandro E. Palma, Esq.
**THE LAW OFFICES OF**
**ZANDRO E. PALMA, P.A.**
9100 S. Dadeland Blvd., Ste 1500
Miami, FL 33156
Telephone:  (305) 446-1500
Facsimile:   (305) 446-1502
E-mail: zep@thepalmalawgroup.com
*Attorney for Plaintiff*